KAIRI LAWSON VEALS
600 SYCAMORE ST
WAVELAND, MS 39576

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ASPIRE CREDIT CARD
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

AVANT LLC
ATTN: BANKRUPTCY
222 W MECHANDISE MART
CHICAGO, IL 60654

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

COVINGTON CREDIT
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

GULF COAST FCU
12364 HIGHWAY 49
GULFPORT, MS 39503

HANCOCK WOMENS CENTER
1009 BENIGNO LN
BAY SAINT LOU, MS 39520

HEIGHTS FINANCE
2442 MCLAURIN ST
WAVELAND, MS 39576

KLS FINANCIAL SERVICES
ATTN: BANKRUPTCY
991 AVIATION PKWY,
STE 500
MORRISVILLE, NC 27560

LENDMARK FINANCIAL SER
2118 USHER ST.
COVINGTON, GA 30014

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

REPRISE FINANCIAL
P O BOX 660252
DALLAS, TX 75266

RON VEALS
600 SYCAMORE ST
WAVELAND, MS 39576

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

WEBBANK/ONEMAIN/FIS
PO BOX 3316
EVANSVILLE, IN 47732